UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-60230-CIV-ALTONAGA/BROWN

ICE PORTAL, INC.,
a Florida corporation,

    Plaintiff,

vs.

VFM LEONARDO, INC.
a foreign corporation,

    Defendant.
_____/

## **VFM LEONARDO, INC.'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, VFM Leonardo, Inc. hereby discloses that it has no parent corporation, and that Centiva Capital, Inc., a publicly-traded corporation, owns 10% or more of VFM Leonardo, Inc.'s stock.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Counsel for Defendant VFM Leonardo, Inc.*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

BY:   /s/ _Francisco O. Sanchez_____
     DAVID A. COULSON
     Florida Bar No. 0176222
     coulsond@gtlaw.com
     FRANCISCO O. SANCHEZ
     Florida Bar No. 0598445
     sanchezfo@gtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document was served via electronic mail on

Patrick J. O'Connor, Esq.
Harper Meyer
701 Brickell Avenue
Suite 1400
Miami, Florida  33131
Tel: 305-577-3443
Fax: 305-577-9921
pjoconnor@harpermeyer.com

/s/_____Francisco O. Sanchez____
FRANCISCO O. SANCHEZ