UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-60230-CIV-ALTONAGA/BROWN

ICE PORTAL, INC.,
a Florida corporation,

    Plaintiff,

vs.

VFM LEONARDO, INC.
a foreign corporation,

    Defendant.

_____/

## **VFM LEONARDO, INC.'S CERTIFICATE OF INTERESTED PARTIES**

In accordance with the Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. #6], VFM Leonardo, Inc. respectfully submits the following "list of persons, associated persons, firms, partnerships, or corporations" that may have a financial interest in the outcome of this case:

| Name | Role/Relationship |
|---|---|
| Leonardo Media Ltd. (Israel) | Subsidiary of VFM Leonardo, Inc. |
| Leonardo Medial PTE Ltd. (Singapore) | Subsidiary of VFM Leonardo, Inc. |
| Paolo Boni | Officer/Director VFM Leonardo Inc. |
| Tawfiq Arafat | Director of VFM Leonardo Inc. |
| Anthony Broglio | Director of VFM Leonardo Inc. |
| Eric Hart | Director of VFM Leonardo Inc. |
| John Pennal | Director of VFM Leonardo Inc. |
| Philip Jones | Officer of VFM Leonardo Inc. |
| Mark Charlinski | Officer of VFM Leonardo Inc. |
| John McAuliffe | Officer of VFM Leonardo Inc. |
| Victor Robison | Officer of VFM Leonardo Inc. |
| Ian Locke | Officer of VFM Leonardo Inc. |
| Eliezer Dickstein | Officer of Leonardo Media Ltd (Israel) |
| Centiva Capital Inc. | Shareholder of VFM Leonardo, Inc. |

CASE NO.: 09-60230-CIV-ALTONAGA/BROWN

| | |
|---|---|
| Greenberg Traurig, P.A. | Counsel for Defendant VFM Leonardo, Inc. |
| David A. Coulson, Esq. | Counsel for Defendant VFM Leonardo, Inc. |
| Francisco O. Sanchez, Esq. | Counsel for Defendant VFM Leonardo, Inc. |
| Harper, Meyer, Perez, Hagen, O'Connor & Albert, LLP | Counsel for Plaintiff ICE Portal, Inc. |
| Patrick J. O'Connor, Esq. | Counsel for Plaintiff ICE Portal, Inc. |

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Counsel for Defendant VFM Leonardo, Inc.*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

BY: /s/____Francsico O. Sanchez_____
 DAVID A. COULSON
 Florida Bar No. 0176222
 coulsond@gtlaw.com
 FRANCISCO O. SANCHEZ
 Florida Bar No. 0598445
 sanchezfo@gtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served via electronic mail on:

Patrick J. O'Connor, Esq.
Harper Meyer
701 Brickell Avenue
Suite 1400
Miami, Florida 33131
Tel: 305-577-3443
Fax: 305-577-9921
pjoconnor@harpermeyer.com

 /s/____Francisco O. Sanchez_____
 FRANCISCO O. SANCHEZ