**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-60230-CIV-ALTONAGA/Brown**

**ICE PORTAL, INC.,**

      Plaintiff,

vs.

**VFM LEONARDO, INC.,**

      Defendant.

_____/

**AMENDED FINAL JUDGMENT**

**THIS CAUSE** came before the Court on Defendant, VFM Leonardo, Inc's Renewed Motion for Judgment as a Matter of Law (the "Motion") [D.E. 149], filed March 23, 2010.  On June 11, 2010, the Court granted the Motion in part and awarded VFM Leonardo, Inc. judgment as a matter of law on Plaintiff, ICE Portal, Inc.'s claim for tortious interference.  (*See* Order [D.E. 168]). Accordingly, it is

**ORDERED AND ADJUDGED** that the Final Judgment [D.E. 138] is amended as follows:

1. ICE Portal, Inc. is granted judgment on Count I of its Complaint and Count I of VFM Leonardo, Inc.'s Counterclaim.

2. ICE Portal Inc. is awarded total damages of $115,037.50 on Count I of its Complaint, for which sum let execution issue.

3. VFM Leonardo, Inc. is granted judgment on Count II of ICE Portal, Inc.'s Complaint.

4. VFM Leonardo, Inc. shall take nothing from ICE Portal, Inc.

Case No. 09-60230-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2010.

_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2