UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60230-CIV-ALTONAGA/Brown

**ICE PORTAL, INC.**,

    Plaintiff,

vs.

**VFM LEONARDO, INC.**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiff, ICE Portal, Inc.'s ("Plaintiff['s]") Motion for Reconsideration of the Court's June 11, 2010 Order and the Amended Judgment (the "Motion") [ECF No. 172], filed July 9, 2010. On July 21, 2010, Plaintiff filed a Notice of Withdrawal [ECF No. 174] of the Motion. Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 172]** is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of July, 2010.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record